# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-01208-DMS |
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL** |
| v. | |
| ROBERTO ANTONIO VELASQUEZ-ENRIQUEZ | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: May 22, 2019

_____
Hon. Dana M. Sabraw
United States District Judge